IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Christopher J. Elam, :

    Plaintiff : Civil Action 2:09-cv-00822

v. : Judge Sargus

Roger E. Binette, *et al.*, : Magistrate Judge Abel

    Defendants :

## DEFICIENCY ORDER

Plaintiff Elam, a prisoner at the Chillicothe Correctional Institution, filed a complaint alleging that defendants libeled him. He neither paid the Court's $350 filing fee or moved to proceed *in forma pauperis*. On September 21, 2009, the Magistrate Judge filed a Deficiency Order requiring plaintiff to either pay the $350 filing fee or fill out and execute an Application and Affidavit by An Incarcerated Person to Proceed Without Prepayment of Fees and costs and submit it together with the cashier's statement of his inmate funds within thirty days. He was warned that failure to do so would result in this Court dismissing this case for failure to prosecute. *McGore v. Wrigglesworth*, 114 F.3d 601, 605 (6th Cir. 1997).

Plaintiff Christopher J. Elam has neither paid the filing fee or move to proceed without prepayment of fees and costs. Accordingly, the Clerk of Court is DIRECTED to enter JUDGMENT dismissing this case because Elam has not paid the filing fee and has not moved to proceed without prepayment of fees and costs.

2-17-2010

Edmund A. Sargus, Jr.
United States District Judge