AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**CHRISTOPHER J. ELAM,**

      **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

**ROGER E. BINETTE, et al.,**

CASE NO. C2-09-822
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE MARK R. ABEL

      **Defendants.**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Deficiency Order filed February 18, 2010, JUDGMENT is hereby entered DISMISSING this case.**

Date: February 18, 2010                    JAMES BONINI, CLERK

                                                */S/ Andy F. Quisumbing*
                                                (By) Andy F. Quisumbing
                                                Courtroom Deputy Clerk